**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RALPH STEGALL,

          Petitioner,

                                CASE NO. 2:12-CV-12415

v.                               HONORABLE ARTHUR J. TARNOW
                                UNITED STATES DISTRICT JUDGE

SHANE JACKSON,

          Respondent.

_____/

**OPINION AND ORDER DIRECTING THE CLERK OF THE COURT TO
TRANSFER THE MOTION FOR A CERTIFICATE OF APPEALABILITY (Doc.
28) TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH
CIRCUIT AND DENYING AS MOOT THE APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF COSTS AND FEES ON APPEAL (Doc. 26)**

On November 30, 2017, this Court summarily denied petitioner's

application for a writ of habeas corpus and further denied him a certificate of

appealability.  The Court granted petitioner leave to appeal *in forma pauperis*.

Petitioner has filed a notice of appeal with the United States Court of

Appeals for the Sixth Circuit.  Petitioner has also filed a motion for a certificate of

appealability and a request for continued *in forma* pauperis status on appeal.

For the reasons that follow, the Court orders that petitioner's motion for a

certificate of appealability be transferred to the United States Court of Appeals for

the Sixth Circuit.  Petitioner's request for continued *in forma pauperis* status is

denied as moot.

This Court notes that the proper procedure when a district court denies a

certificate of appealability is for the petitioner to file a motion for a certificate of appealability before the appellate court in the appeal from the judgment denying the petition for writ of habeas corpus or the motion to vacate sentence. *See Sims v. U.S.,* 244 F. 3d 509 (6th Cir. 2001)(citing Fed. R.App. P. 22(b)(1)).  Petitioner has apparently done so in this case, although he has filed his motion with the district court, rather than the Sixth Circuit.  The Court, in the interests of justice, will order that petitioner's motion for a certificate of appealability be transferred to the United States Court of Appeals for the Sixth Circuit.

This Court has already granted petitioner leave to appeal *in forma pauperis.*  It is unnecessary for petitioner to again obtain permission to proceed *in forma pauperis* on appeal.  Petitioner's current motion to proceed *in forma pauperis* on appeal will therefore be denied as moot. *See McMillan v. McKune,* 16 F. App'x. 896, 897 (10th Cir. 2001).

**IT IS ORDERED That:**

(1) The Clerk of the Court transfer the motion for a certificate of appealability (Doc. # 28) to the United States Court of Appeals for the Sixth Circuit.

(2).  The application to proceed without prepaying costs and fees on appeal (Doc. # 26) is DENIED AS MOOT.

s/Arthur J. Tarnow<br>
**HON. ARTHUR J. TARNOW**<br>
**UNITED STATES DISTRICT COURT**

DATED: January 10, 2018